[No. 36336-1-I.   Division One.   March 25, 1996.]

JOSEPH MYLES, ET AL., *Appellants*, v. TOUCHSTONE BLDG. SPECIALTIES, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 93-2-24659-5, Peter Jarvis, J., entered February 27, 1995. *Affirmed* by unpublished per curiam opinion.

[No. 36661-1-I.   Division One.   March 25, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES R. GARNER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 93-2-26537-9, Faith Enyeart Ireland, J., entered May 4, 1995. *Affirmed* by unpublished per curiam opinion.

[No. 36701-3-I.   Division One.   March 25, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. R.V.B., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-8-07906-1, Michael Spearman, J., entered June 1, 1995. *Reversed in part* by unpublished per curiam opinion.

[No. 37800-7-I.   Division One.   March 25, 1996.]

LEONARD HALVERSON, ET AL., *Respondents*, v. SKAGIT COUNTY, *Petitioner*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 93-2-05201-2, David F. Hulbert, J. entered December 5, 1995. *Reversed* by unpublished per curiam opinion.